IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick Pizzella, Acting Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

David Booker, individually and as owner,
of Amicus Children's Learning Center, LLC,

    Defendant.

Civil action no.: 1:19-cv-00665

Judge Timothy S. Black

## CONSENT JUDGMENT and ORDER

Plaintiff, Patrick Pizzella, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), has filed his Complaint, and Defendant David Booker, an individual and the owner of Amicus Children's Learning Center, LLC, (hereinafter "Defendant"), has waived service of the Complaint, has waived answer and all defenses to the Complaint, and has agreed to the entry of this Consent Judgment and Order without contest.

Now, therefore, upon motion of the parties and for cause shown, it is hereby:

ORDERED AND JUDGMENT IS HERBY ENTERED against Defendant pursuant to Section 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. 201, *et seq*, hereinafter called the Act, as follows:

1

# I

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** pursuant to section 17 of the Act, that the Defendant, his officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with him be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Act, in any of the following manners:

(a) Defendant shall not, contrary to Section 6 of the Act, employ any of his employees engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, unless the employees receive compensation for their employment at a rate not less than the prevailing federal minimum wage rate.

(b) Defendant shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of his employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rate at which he is employed.

(c) Defendant shall not fail to make, keep, and preserve records of his employees, and of the wages, hours, and other conditions and practices of employment maintained by them, as prescribed by the regulations of the Administrator or the Secretary of Labor

issued, and from time to time amended, pursuant to Section 11(c) of the Act, and found in Title 29, Chapter V, Code of Federal Regulations, Part 516.

II

Each party shall bear his own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

Dated this 21st day of AUG., 2019.

*T. Black*
U.S. District Court Judge

*David Booker*
**DAVID BOOKER**
Individually and as owner of
Amicus Children's Learning Center, LLC

2665 Harrison Ave.
Cincinnati, Ohio 45211

**KATE S. O'SCANNLAIN**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**BENJAMIN T. CHINNI**
Associate Regional Solicitor

*Maureen M. Cafferkey*
**MAUREEN M. CAFFERKEY**
Counsel for Wage and Hour

Dated: 8/15/19

Attorneys for the
Secretary of Labor, United States
Department of Labor, Plaintiff

Office of the Solicitor
United States Department of Labor
1240 East 9th Street, Room 881
Cleveland, OH 44199

3

Telephone No.: (216) 522-3872
Fax No.:        (216) 522-7172
E-mail: cafferkey.maureen@dol.gov
SOL.CLEV.Docket@dol.gov